JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>             Plaintiffs,<br><br>      v.<br><br>HUGO BARRERA, d/b/a SKY MEXICO, and OSCAR RIVERA,<br><br>             Defendants. | Case No. 2:13-cv-01538-SJO-AN<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT OSCAR RIVERA** |

Having considered the parties' Stipulation for Entry of Final Judgment and Permanent Injunction Against Defendant Oscar Rivera, the court file in this matter, and the applicable law, the Court approves the stipulation and **ORDERS** as follows:

1  (1) Judgment is entered for Plaintiffs on Count I of the complaint alleging violations of Federal Communications Act, 47 U.S.C. § 605(a), Count II alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(2), and Count III alleging breach of contract.

(2) Defendant Oscar Rivera shall pay statutory damages in the amount of $1,000,000 to Plaintiffs in accordance with 17 U.S.C. § 1203(c)(3)(A) for Defendant's willful conduct in distributing at least 400 subscriptions and passcodes to an Internet Key Sharing ("IKS") service.

(3) Defendant Oscar Rivera and any persons acting in active concert or participation with Defendant, are permanently enjoined from:

A. offering to the public, providing, or otherwise trafficking in IKS services, subscriptions, passcodes, satellite television receivers, set-top-boxes, IPTV boxes, dongles, 8PSK boards, software, and other technologies of use in circumventing DISH Network's security system or intercepting DISH Network's satellite signal;

B. circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others in intercepting DISH Network's satellite signal;

C. testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.; and

D. creating DISH Network subscriber accounts for improper purposes or installing and maintaining Plaintiffs' receiving equipment at locations or facilities not authorized by Plaintiffs.

(4) This permanent injunction takes effect immediately.

(5) Each party is to bear its own attorney's fees and costs.

(6) The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this final judgment and permanent injunction.

**IT IS SO ORDERED**.

DATED:  July 18, 2013.

*S. James Otero*

S. James Otero
United States District Judge